

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Michael  W. Gioffredi v. The Retreat at Riverstone

Appellate case number:   01-21-00627-CV

Trial court case number:  21-CCV-068826

Trial court:             County Court at Law No. 1 of Fort Bend County


It is so ORDERED that Appellant Michael W. Gioffredi's motion for rehearing is DENIED.


Judge's signature: _____/s/ Veronica Rivas-Molloy_____
☐ Acting for the Court


Date:  __January 24, 2023____

The panel consists of Justices Radack, Countiss, and Rivas-Molloy.[1]

---

[1]  The Honorable Sherry Radack, Senior Justice, Court of Appeals, First District of Texas at Houston, sitting by assignment.